IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11CR12-MOC -DSC |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| JOEL ALEJANDRO RAMIREZ HERNANDEZ | ) | |
| | ) | |

For good cause shown in the Government's "Motion to Dismiss Without Prejudice" (doc. 10) filed on May 2, 2011, leave of Court is hereby GRANTED for the dismissal without prejudice of the Bill of Indictment against this defendant.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the United States Attorney's Office and the Honorable Max O. Cogburn, Jr.

SO ORDERED.                    Signed: May 3, 2011

David S. Cayer
United States Magistrate Judge